## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| CLIM MCFAN JR | CIVIL ACTION NO. 19-cv-0732 |
| VERSUS | CHIEF JUDGE HICKS |
| U S COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 21st day of August, 2020.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE